# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 29, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 02-00212HG

CASE NAME: UNITED STATES OF AMERICA v. STEVEN TAMASOA

ATTYS FOR PLA: Darren W.K. Ching

ATTYS FOR DEFT: Donna Gray, AFPD for Loretta Faymonville

U.S.P.O.: Frank M. Condello, II

JUDGE: Helen Gillmor            REPORTER: Sharon Ross

DATE: September 29, 2006        TIME: 10:15 - 10:35

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violations Nos. 1, 2, 3, 4, and 5.

The Court finds that this is a Grade C violation, Criminal History Category IV.

Allocution by Ms. Gray on behalf of the defendant.

Supervised Release is revoked.

ADJUDGED: Impr of eight (8) months.

The supervised release is 28 MONTHS with the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment, and it may also be a dual diagnosis treatment, if available and advisable by the Probation Office which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant serve three (3) months community confinement, in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

8. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentences, etc.

Submitted by: Mary Rose Feria, Courtroom Manager