AO 245B  (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

CASE NUMBER:      1:02CR00212HG-01                                      Judgment - Page 3 of 5
DEFENDANT:        STEVEN TAMASOA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 8 MONTHS.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 27 2006

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district. at 2 o'clock and 10 min. P.M
      [ ] at ___ on ___.                                                              SUE BEITIA, CLERK
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

                                                            ~~FEDERAL DETENTION CENTER~~
                                                            P.O. BOX 30547
Defendant delivered on    14 NOV 2006    to                 ~~HONOLULU, HI 96820~~

at _____, with a certified copy of this judgment.

                                                            John T. Rathman
                                                            ~~UNITED STATES MARSHAL~~
                                                            WARDEN

                                                   By       J. Lunoi
                                                            ~~Deputy U.S. Marshal~~
                                                            Legal Tech